No. 1182, Misc.   SANDERS *v.* KANSAS.   Sup. Ct. Kan.
Certiorari denied.

No. 932, Misc.   CADE *v.* BALKCOM, WARDEN.   C. A.
5th Cir.   Certiorari denied.   Petitioner *pro se.* *Arthur
K. Bolton,* Attorney General of Georgia, and *Carter A.
Setliff,* Assistant Attorney General, for respondent.

No. 1033, Misc.   TANDLER *v.* UNITED STATES.   C. A.
2d Cir.   Certiorari denied.   Petitioner *pro se.* *Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.

No. 1127, Misc.   BOOKER ET AL. *v.* UNITED STATES.
C. A. 5th Cir.   Certiorari denied.   *David W. Palmer* for
petitioners.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn
Hamburg* for the United States.

No. 1195, Misc.   CHURCHILL ET AL. *v.* CALIFORNIA.
Dist. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1201, Misc.   DARST *v.* WASHINGTON STATE BOARD
OF PRISON TERMS AND PAROLES ET AL.   Sup. Ct. Wash.
Certiorari denied.

No. 1207, Misc.   GRAY *v.* HENDERSON, WARDEN.   C. A.
6th Cir.   Certiorari denied.

No. 1202, Misc.   CONTI *v.* PATTERSON.   Sup. Ct. Colo.
Certiorari denied.